TITLE GUARANTEE AND TRUST COMPANY and RECONSTRUCTION FINANCE CORPORATION, Respondents, v. F. X. M. REALTY CORPORATION, Appellant, and ZEP

BUILDING CORPORATION and Others, Defendants.— Order denying motion for summary judgment, to vacate receivership and to cancel *lis pendens*, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.